February 12, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

JAMES B. VAN BERGEN AND SUSAN VAN BERGEN, Appellants

NO. 14-12-00761-CV                              V.

SUSAN SOSKI PHILLIPS AND WANDA FOSTER, Appellees

_____

Today the Court heard appellants' motion to dismiss the appeal from the judgment signed by the court below on July 23, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.